IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31051
Summary Calendar
_____


SHEILA A. PIPER,

                              Plaintiff-Appellant,

                    versus

SHELL OIL COMPANY,

                              Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 95-CV-597-B-M1
- - - - - - - - - -
June 26, 1997
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[1]

     Sheila A. Piper appeals the summary judgment entered in favor

of Shell Oil Company.  We affirm for the same reasons articulated

by the Magistrate Judge.  See Piper v. Shell Oil, Co., 95-597-B-1

(M.D. La. Aug. 19, 1996).

     AFFIRMED.

_____

     [1]  Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.